## ASHABRANNER v. STATE.
### No. 26421.

Court of Criminal Appeals of Texas.
May 6, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

The conviction is for driving a motor vehicle while intoxicated. Upon a plea of guilty before the court, the punishment was assessed at a fine of $50.

The record contains no statement of facts or bills of exception. Nothing is presented for review by this court.

The judgment is affirmed.